ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America,
N.A., successor by merger to BAC Home
Loans Servicing, LP f/k/a Countrywide
Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSTONE RANCH COMMUNITY ASSOCIATION; CONTRA INVESTMENT GROUP, LLC-SERIES 8064 CELINA HILLS; TRP FUND VI LLC and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01795-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (BANA) and Contra Investment Group, LLC-Series 8064 Celina Hills(**Contra**) by and through their counsel, hereby stipulate to dismiss this action as to Contra only without prejudice pursuant to Rule 41(a)(1)(B)(ii) of the Federal Rules of Civil Procedure.

The parties further stipulate and agree that Contra disclaims any right title or interest in the

{39330056;1}                                                      1

property at issue in this litigation: 8064 Celina Hills Street, Las Vegas, Nevada 89131; APN#: 125-10-816-020.

The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 7th day of September, 2016.

| **AKERMAN LLP** | **MC LAW GROUP** |
|---|---|
| /s/ Ariel E. Stern | /s/ Margo Chernysheva |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | MARGO CHERNYSHEVA, ESQ.<br>Nevada Bar No. 11537<br>8942 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 |
| *Attorneys Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | *Attorneys for Contra Investment Group, LLC* |

**IT IS SO ORDERED.**

DATED this ___8___ of September, 2016.

_____
United States District Judge

{39330056;1}

2