James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV  89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Silverstone Ranch Community Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>SILVERSTONE RANCH COMMUNITY ASSOCIATION; CONTRA INVESTMENT GROUP, LLC-SERIES 8064 CELINA HILLS; TRP FUND VI LLC and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | CASE NO:   2:16-cv-01795-GMN-NJK<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST SILVERSTONE RANCH COMMUNITY ASSOCIATION AND EXTEND TIME TO RESPOND**<br>**(First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiff, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP ("Bank of America"), and counsel for SILVERSTONE RANCH COMMUNITY ASSOCIATION ("Silverstone"), that the Default (ECF 33) entered in this matter on December 13, 2016 against Silverstone be set aside; and

1

IT IS FURTHER STIPULATED that Silverstone may have ten (10) days from the date of entry of the order on this stipulation in which to answer Bank of America's First Amended Complaint on file herein.

DATED this 23rd day of February, 2017.

**PENGILLY LAW FIRM**

/s/ Elizabeth Lowell_____
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Counsel for Defendant
Silverstone Ranch Community Association*

DATED this 23rd day of February, 2017.

**AKERMAN LLP**

/s/ Vatana Lay_____
Ariel Stern, Esq.
Nevada Bar No. 8276
Vatana Lay, Esq.
Nevada Bar No. 12993
1160 Town Center Dr. Suite 330
Las Vegas, NV 89144
(702) 634-5000
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED this __23__ day of February, 2017

_____
**UNITED STATES DISTRICT COURT JUDGE**