# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-01795-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 51) |
| SILVERSTONE RANCH COMMUNITY ASSOCIATION, et al., | |
| Defendant(s). | |

Before the Court is the parties' notice of withdrawal of their amended proposed discovery plan and scheduling order. Docket No. 46. On December 1, 2017, the Court granted the parties' amended discovery plan and scheduling order. Docket No. 49. Therefore, the parties' notice of withdrawal is **MOOT**. Docket No. 51. If the parties seek relief from the deadlines set in the Court's order, Docket No. 49, they may file the appropriate request.

IT IS SO ORDERED.

DATED: December 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge