# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-01795-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 53) |
| SILVERSTONE RANCH COMMUNITY ASSOCIATION, et al., | |
| Defendant(s). | |

On December 1, 2017, the Court entered the parties' proposed discovery plan. Docket No. 49. Thereafter, on December 1, 2017, the parties attempted to withdraw their proposed discovery plan, Docket No. 51, which the Court denied as moot since it had already been entered, Docket No. 52. The Court ordered that, to the extent the parties sought relief from the deadlines in that order, they were required to file an appropriate request seeking that relief. *See id.* Now pending before the Court is an amended discovery plan that provides no indiction as to how it differs from the discovery plan previously filed and appears to include identical deadlines. Docket No. 53. The amended discovery plan is hereby **STRICKEN**. To the extent the parties seek relief from the order at Docket No. 52, they must file a stipulation or motion specifying what relief it is they are seeking. The Court will not compare various filings in an attempt to divine such information.

IT IS SO ORDERED.

DATED: December 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge