James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Silverstone Ranch Community Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> v. <br><br> SILVERSTONE RANCH COMMUNITY ASSOCIATION; CONTRA INVESTMENT GROUP, LLC-SERIES 8064 CELINA HILLS; TRP FUND VI LLC and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | CASE NO:  2:16-cv-01795-GMN-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO OPPOSE SUMMARY JUDGMENT MOTION (First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiff, BANK OF

AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A

COUNTRYWIDE HOME LOANS SERVICING, LP ("Bank of America"), and counsel for

SILVERSTONE RANCH COMMUNITY ASSOCIATION ("Silverstone"), and counsel for  TRP

FUND VI, LLC ("TRP") that the time to oppose the Motion for Summary Judgment filed by Bank

of America (ECF No. 63) will be extended to July 9, 2018.

PENGILLY LAW FIRM

1

This is the parties' first request to extend the opposition briefing deadlines, and is not made to

cause delay or prejudice to any party.

DATED this 6th day of July, 2018.       DATED this 6th day of July, 2018.

**PENGILLY LAW FIRM**                    **AKERMAN LLP**

/s/ Elizabeth Lowell_____            /s/ Vatana Lay_____
James W. Pengilly, Esq.                  Ariel Stern, Esq.
Nevada Bar No. 6085                      Nevada Bar No. 8276
Elizabeth Lowell, Esq.                   Vatana Lay, Esq.
Nevada Bar No. 8551                      Nevada Bar No. 12993
1995 Village Center Cir., Suite 190      1635 Village Center Cir. Suite 200
Las Vegas, NV  89134                     Las Vegas, NV  89134
(702) 889-6665                           (702) 634-5000
*Counsel for Defendant*                  *Counsel for Bank of America, N.A.*
*Silverstone Ranch Community Association*

                                         DATED this 6th day of July, 2018.

                                         **JOSEPH Y. HONG, ESQ.**

                                         /s/ Joseph Hong_____
                                         Nevada Bar No. 5995
                                         1980 Festival Plaza Dr., Suite 650
                                         Las Vegas, NV  89135
                                         (702) 870-1777
                                         *Counsel for TRP Fund VI, LLC*

## ORDER

        IT IS SO ORDERED.

    DATED this __11__ day of July, 2018.      _____

                                         Gloria M. Navarro, Chief Judge
                                         UNITED STATES DISTRICT COURT