# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>    Plaintiff(s), <br><br>v. <br><br>SILVERSTONE RANCH COMMUNITY ASSOCIATION, et al., <br><br>    Defendant(s). | Case No. 2:16-cv-01795-GMN-NJK <br><br>**Order** <br><br>[Docket No. 93] |

Pending before the Court are interrogatories and requests for production. Docket No. 93. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 22, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1